SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff,
OMAR LUNA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR LUNA,<br><br>            Plaintiff,<br><br>     vs.<br><br>WELLCOS CORPORATION D/B/A OLYMPUS MARKET; J.A.S. HOLDINGS, A CALIFORNIA LIMITED LIABILITY COMPANY; and DOES 1 to 10,<br><br>            Defendants. | Case No.: 2:24-cv-03203-FMO (PVCx)<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff OMAR LUNA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  July 17, 2024                    **SO. CAL EQUAL ACCESS GROUP**

                                                              */s/ Jason J. Kim*
                                                              JASON J. KIM
                                                              Attorney for Plaintiff

DATED: July 17, 2024							The Horowitz Law Firm, A Professional Corporation

								By:		*/s/ Jeff Horowitz*
									Jeff Horowitz,
									Attorney for Defendants

<u>Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)</u>

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

								By: */s/ Jason J. Kim*
									Jason J. Kim